UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80559-CIV-CANNON/Maynard

**AFFORDABLE AERIAL**
**PHOTOGRAPHY, INC.**,

    Plaintiff,

v.

**ESTHER VICTORIA ARCURI, P.A.,** *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On February 9, 2023, following the parties' Joint Notice of Settlement [ECF No. 74], the Court entered an Order instructing the parties to file a joint stipulation of dismissal on or before April 10, 2023 [ECF No. 75]. To date, the parties have not complied or requested additional time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **April 18, 2023**, the parties shall file a joint stipulation of dismissal and show cause, in writing, why they failed to do so by the original deadline of April 10, 2023. Failure to comply with this Order may result in sanctions, including dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of April 2023.

                                                              _____
                                                              **AILEEN M. CANNON**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record